RECEIVED BY MAIL
APR 07 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICHARD W. KLEIN, JR. and MARGIE KLEIN, ) ) ) Plaintiffs, ) ) vs. ) ) 3M COMPANY, et al., ) ) Defendants. ) | Cause No. 4:04cv01408 TCM |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Yarway Corporation respectfully submits this Motion for Substitution of Counsel, and in support thereof, states to the Court as follows:

1. Thomas D. Veltz (formerly of the law firm of Spencer Fane Britt & Browne LLP) has acted as counsel of record for Defendant Yarway Corporation in the above-entitled and numbered cause.

2. Yarway Corporation desires that Philip Sholtz of Spencer Fane Britt & Browne LLP be substituted as counsel of record for Defendant Yarway Corporation and that Thomas D. Veltz be granted leave to withdraw as counsel of record for Defendant Yarway Corporation.

WHEREFORE, Defendant Yarway Corporation respectfully requests that the Court grant this motion for substitution of counsel and for all other relief to which Defendant is justly entitled.

SPENCER FANE BRITT & BROWNE LLP

/s/ Thomas D. Veltz   By: /s/ Philip Sholtz
Thomas D. Veltz #101689       Philip Sholtz #518166
                              1 N. Brentwood Blvd., Suite 1000
                              St. Louis, MO 63105
                              (314) 863-7733 (telephone)
                              (314) 862-4656 (facsimile)
                              psholtz@spencerfane.com

GRANTED
James T. Giles 3/20/2008

Attorneys for Defendant Yarway Corporation

232434.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2007, the foregoing was filed electronically with the Clerk of the Court, to be served by the operation of the Court's electronic filing system, upon the following:

Walter L. Floyd
Floyd Law Firm, P.C.
8151 Clayton Road, Suite 202
St. Louis, MO 63117-1103
Attorneys for Plaintiff

Anthony L. Springfield
Polsinelli and Shalton
700 W. 47th Street, Suite 1000
Kansas City, MO 64112
Attorneys for Crane Co.

Richard E. Boyle
Gundlach and Lee
P.O. Box 23560
Belleville, IL 62223-0560
Attorneys for 3M Company

Joseph C. Orlet
Steven B. Beshore
Husch and Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Attorneys for Exxon Mobil Oil Corporation

Curtis R. Bailey
Kurowski and Bailey, P.C.
24 Bronze Pointe
Swansea, IL 62226
Attorneys for A.W. Chesterton Company

Ryan J. McQueeney
Sanchez and Daniels
333 W. Wacker Drive, Suite 500
Chicago, IL 60606
Attorneys for Ford Motor Company and General Motors Corporation

Edward E. Johnston
Heyl and Royster
P.O. Box 467
Edwardsville, IL 62025
Attorneys for Amchem Products, Certainteed Corporation, DaimlerChrysler Corporation, Dana Corporation, Maremont Corporation, Riley Power, Inc. and Union Carbide Corp.

Robert D. Andrekanic
Gundlach and Lee
P.O. Box 23560
Belleville, IL 62223-0560
Attorneys for Foster Wheeler USA Corporation

Peter J. Barkofske
Anheuser Busch Companies
One Busch Place
St. Louis, MO 63118-1852
Attorneys for Asarco, Incorporated and General Electric Company,

Gerard T. Noce
Helpler Broom
800 Market Street, Suite 2300
St. Louis, MO 63101
Attorneys for Georgia Pacific Corporation and Lincoln Electric Company

Mary A. Hatch
Herzog Crebs LLP
One City Centre, 24th Floor
St. Louis, MO 63101
Attorneys for Borg Warner Corporation

Thomas J. Kernell
Roberts and Perryman
One US Bank Plaza, Suite 2300
St. Louis, MO 63101
Attorneys for GREFCO, Inc. and Oakfabco

232434.1

Albert J. Bronsky
Foley & Mansfield
1001 Highlands Plaza Drive West, Suite 400
St. Louis, MO 63110
Attorneys for Cleaver Brooks Company, Inc.
and Sealing Equipment Products Company,
Inc.

Andrew J. Cross
Polsinelli and Shalton, P.C.
101 W. Vandalia, Suite 225
Edwardsville, IL 62025
Attorneys for Honeywell International, Inc.
and Owens-Illinois, Inc.

Theodore D. Agniel
Greensfelder and Hemker
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Attorneys for Pfizer, Inc.

Jeffrey L. Enright
Matthew J. Fischer
Schiff and Hardin
233 S. Wacker Drive
Chicago, IL 60606
Attorneys for Uniroyal Holdings, Inc.

Sean P. Sheehan
Helper Broom
P.O. Box 510
Edwardsville, IL 62025-0510
Attorneys for Hobart Brothers Company and
The BOC Group, Inc.

Charles L. Joley
Donovan and Rose
Eight E. Washington Street
Belleville, IL 62220
Attorneys for Metropolitan Life Insurance Co.

Steven B. Moore
Rasmussen and Willis
9200 Ward Parkway, Suite 310
Kansas City, MO 64114
Attorneys for Rapid American Corporation

Daniel G. Donahue
Foley and Mansfield, P.L.L.P.
10011 Highlands Plaza Drive W., Suite 400
St. Louis, MO 63110
Attorneys for Viacom, Inc.

/s/ Philip Sholtz

232434.1